

1
2
3
4
5
6
7

# United States District Court
# Central District of California
# Western Division

11

| | |
|---|---|
| WAVERLY SCOTT KAFFAGA, *etc.*, | CV 14-08699 TJH (FFM) |
| Plaintiff, | |
| v. | **Verdict** |
| THOMAS STEINBECK, *et al.*, | *REDACTED AS* |
| Defendants. | *TO FOREPERSON SIGNATURE* |

We, the jury, find, as follows:

**Question 1**

Did Plaintiff prove, by a preponderance of the evidence, that Defendant Thomas Steinbeck intentionally interfered with Plaintiff's economic relationship with Universal/Imagine regarding *East of Eden*?

Yes  X    No ___

If the answer to Question 1 is "Yes," go to Question 2. If the answer to Question 1 is "No," go to Question 3.

**Question 2**

What, if any, are the non-punitive damages suffered by Plaintiff because of Defendant Thomas Steinbeck's interference with Plaintiff's prospective economic relationship with Universal/Imagine regarding *East of Eden*?

$ _1,000,000_   One million

**Question 3**

Did Plaintiff prove, by a preponderance of the evidence, that Defendant Gail Steinbeck intentionally interfered with Plaintiff's economic relationship with Universal/Imagine regarding *East of Eden*?

Yes X   No ___

If the answer to Question 3 is "Yes," go to Question 4. If the answer to Question 3 is "No," go to Question 5.

**Question 4**

What, if any, are the non-punitive damages suffered by Plaintiff because of Defendant Gail Steinbeck's interference with Plaintiff's prospective economic relationship with Universal/Imagine regarding *East of Eden*?

$ _500,000_   five hundred thousand

**Question 5**

Did Plaintiff prove, by a preponderance of the evidence, that Defendant The Palladin Group, Inc. intentionally interfered with Plaintiff's economic relationship with Universal/Imagine regarding *East of Eden*?

Yes _X_    No ___

If the answer to Question 5 is "Yes," go to Question 6. If the answer to Question 5 is "No," go to Question 7.

**Question 6**

What, if any, are the non-punitive damages suffered by Plaintiff because of Defendant The Palladin Group, Inc.'s interference with Plaintiff's prospective economic relationship with Universal/Imagine regarding *East of Eden*?

$_500,000_    five hundred thousand

**Question 7**

Did Plaintiff prove, by a preponderance of the evidence, that Defendant Thomas Steinbeck intentionally interfered with Plaintiff's economic relationship with DreamWorks Pictures regarding *The Grapes of Wrath*?

Yes _X_    No ___

If the answer to Question 7 is "Yes," go to Question 8. If the answer to Question 7 is "No," go to Question 9.

**Question 8**

What, if any, are the non-punitive damages suffered by Plaintiff because of Defendant Thomas Steinbeck's interference with Plaintiff's prospective economic relationship with DreamWorks Pictures regarding *The Grapes of Wrath*?

$325,000   three-hundred twenty-five thousand

**Question 9**

Did Plaintiff prove, by a preponderance of the evidence, that Defendant Gail Steinbeck intentionally interfered with Plaintiff's economic relationship with DreamWorks Pictures regarding *The Grapes of Wrath*?

Yes X     No ___

If the answer to Question 9 is "Yes," go to Question 10. If the answer to Question 9 is "No," go to Question 11.

**Question 10**

What, if any, are the non-punitive damages suffered by Plaintiff because of Defendant Gail Steinbeck's interference with Plaintiff's prospective economic relationship with DreamWorks Pictures regarding *The Grapes of Wrath*?

$162,500   one hundred sixty-two thousand five-hundred

**Question 11**

   Did Plaintiff prove, by a preponderance of the evidence, that Defendant The Palladin Group, Inc. intentionally interfered with Plaintiff's economic relationship with DreamWorks Pictures regarding *The Grapes of Wrath*?

   Yes __X__     No ____

   If the answer to Question 11 is "Yes," go to Question 12. If the answer to Question 11 is "No," go to Question 13.

**Question 12**

   What, if any, are the non-punitive damages suffered by Plaintiff because of Defendant The Palladin Group, Inc.'s interference with Plaintiff's prospective economic relationship with DreamWorks Pictures regarding *The Grapes of Wrath*?

   $ 162,500 ~~one-hundred twenty-five thousand~~
   One-hundred sixty-two thousand five-
   hundred   *SJS*

**Question 13**

   The Court has already determined that Defendants Thomas Steinbeck, Gail Steinbeck, and The Palladin Group, Inc. are liable to Plaintiff for breach of contract. What, if any, are the total non-punitive damages suffered by Plaintiff because of Defendants' breach of contract?

   $ 1,300,000 one million three hundred thousand

**Question 14**

The Court has already determined that Defendants Thomas Steinbeck, Gail Steinbeck, and The Palladin Group, Inc. are liable to Plaintiff for slander of title as to the entire catalogue of John Steinbeck's works.  What, if any, are the non-punitive damages suffered by Plaintiff because of Defendants' slander of title?

$1,300,000   one million three hundred thousand

**Question 15**

Did Plaintiff prove, by clear and convincing evidence, that she is entitled to punitive damages against Defendant Gail Steinbeck for intentional interference with prospective economic advantage (if you found her liable for that claim) and/or slander of title?

Yes  X      No ___

If the answer to Question 15 is "Yes," go to Question 16. If the answer to Question 15 is "No," go to Question 17.

**Question 16**

What amount of punitive damages do you award Plaintiff against Defendant Gail Steinbeck?

$5,925,000   five-million nine-hundred twenty-five thousand

**Question 17**

Did Plaintiff prove, by clear and convincing evidence, that she is entitled to punitive damages against Defendant The Palladin Group, Inc. for intentional interference with prospective economic advantage (if you found it liable for that claim) and/or slander of title?

Yes  X     No ___

If the answer to Question 17 is "No," date and sign the form and return it to the Court.  If the answer to Question 17 is "Yes," go to Question 18.

**Question 18**

What amount of punitive damages do you award Plaintiff against Defendant The Palladin Group, Inc.?

$1,975,000 one-million nine-hundred seventy-five thousand

Date: 9-5-2017                    _____/s/_____

Jury Foreperson