JENNER & BLOCK LLP
Andrew J. Thomas (SBN 159533)
AJThomas@jenner.com
633 West 5th Street, Suite 3600
Los Angeles, CA 90071
Telephone: (213) 239-5200
Facsimile: (213) 239-5199

Susan J. Kohlmann (Pro Hac Vice)
SKohlmann@jenner.com
Alison I. Stein (Pro Hac Vice)
AStein@jenner.com
919 Third Avenue
New York, NY 10022
Telephone: (212) 891-1600
Facsimile: (212) 891-1699

*Counsel for Plaintiff Waverly Scott Kaffaga, as Executor of the Estate of Elaine Anderson Steinbeck*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAVERLY SCOTT KAFFAGA, AS EXECUTOR OF THE ESTATE OF ELAINE ANDERSON STEINBECK,<br><br>Plaintiff,<br><br>v.<br><br>THE ESTATE OF THOMAS STEINBECK, GAIL KNIGHT STEINBECK, AND THE PALLADIN GROUP, INC.,<br><br>Defendants. | Case No. 2:14-CV-08699-TJH (FFM)<br><br>**[PROPOSED] ORDER REGARDING PAGE LIMIT FOR PLAINTIFF'S OPPOSITION TO DEFENDANTS' RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW AND MOTION FOR NEW TRIAL AND/OR REMITTITUR** |

[PROPOSED] ORDER REGARDING PAGE LIMIT FOR PLAINTIFF'S OPPOSITION TO DEFENDANTS' RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW AND MOTION FOR NEW TRIAL AND/OR REMITTITUR
CASE NO. 2:14-CV-08699-TJH (FFM)

Error! Unknown document property name.

# **[PROPOSED] ORDER**

Based upon the parties' stipulation and good cause appearing, it is hereby ORDERED that:

1. The page limit for Plaintiff's Opposition to Defendants' Renewed Motion for Judgement as a Matter of Law and Motion for New Trial and/or Remittitur Pursuant to Federal Rules of Civil Procedure 50 and 59, Dkt. No. 306, is enlarged to 30 pages.

**IT IS SO ORDERED**

Dated:_____     By:_____
                                   Hon. Terry J. Hatter, Jr.
                                   United States District Judge

2

[PROPOSED] ORDER REGARDING PAGE LIMIT FOR PLAINTIFF'S OPPOSITION TO DEFENDANTS' RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW AND MOTION FOR NEW TRIAL AND/OR REMITTITUR
CASE NO.  2:14-CV-08699-TJH (FFM)

Error! Unknown document property name.