# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| WAVERLY SCOTT KAFFAGA, as executor of the Estate of Elaine Steinbeck,<br><br>Plaintiff,<br><br>v.<br><br>THE ESTATE OF THOMAS STEINBECK, *et al.*,<br><br>Defendants. | CV 14-08699 TJH (FFMx)<br><br>Amended<br><br>Judgment |

Pursuant to the mandate from the Ninth Circuit Court of Appeals in this matter, this Court hereby amends the previously entered judgment to eliminate the jury's award of punitive damages.

It is Ordered, Adjudged, and Decreed that judgment be, and hereby is, Entered in favor of Plaintiff Waverly Scott Kaffaga, as Executor of the Estate of Elaine Steinbeck, in accordance with the jury's verdict, as follows:

A. $1,000,000.00 against Defendant Thomas Steinbeck for intentional interference with Plaintiff's prospective economic relationship with Universal/Imagine regarding *East of Eden*;

B. $500,000.00 against Defendant Gail Steinbeck for intentional interference with Plaintiff's prospective economic relationship with Universal/Imagine regarding *East of Eden*;

C. $500,000.00 against Defendant The Palladin Group, Inc. for intentional interference with Plaintiff's prospective economic relationship with Universal/Image regarding *East of Eden*;

D. $325,000.00 against Defendant Thomas Steinbeck for intentional interference with Plaintiff's prospective economic relationship with DreamWorks Pictures regarding *The Grapes of Wrath*;

E. $162,500.00 against Defendant Gail Steinbeck for intentional interference with Plaintiff's prospective economic relationship with DreamWorks Pictures regarding *The Grapes of Wrath*;

F. $162,500.00 against Defendant The Palladin Group, Inc. for intentional interference with Plaintiff's prospective economic relationship with DreamWorks Pictures regarding *The Grapes of Wrath*;

G. $1,300,000.00 against Defendants Thomas Steinbeck, Gail Steinbeck, and The Palladin Group, Inc., jointly and severally, for breach of contract;

H. $1,300,000.00 against Defendants Thomas Steinbeck, Gail Steinbeck, and The Palladin Group, Inc., jointly and severally, for slander of title as to the entire catalogue of John Steinbeck's works.

Plaintiff shall, also, recover reasonable costs in accordance with Fed. R. Civ. P. 54, 28 U.S.C. § 1920, and Local Rule 54-1.

Date: January 22, 2020

*Terry J. Hatter, Jr.*
Terry J. Hatter, Jr.
Senior United States District Judge

CC:FISCAL