Name: Gail Knight Steinbeck

Address: 3347 Bell's Lake Circle

Longs, S.C. 29568

Phone Number: 805-216-5313

Email Address: SweetDreamsWorldwide@gmail.com

Pro Se

**FILED**

2026 MAY -8 PM 1: 46

CLERK U.S. DISTRICT COURT
CENTRAL DIST OF CALIF.
LOS ANGELES

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAHAR KAFFAGA AS ADMINISTRATOR OF THE ESTATE OF ELAINE ANDERSON STEINBECK <br><br> PLAINTIFF(S) <br> v. <br> GAIL KNIGHT STEINBECK, THE ESTATE OF THOMAS STEINBECK, and THE PALLADIN <br><br> DEFENDANT(S) | CASE NUMBER <br><br> 14-CV-08699-TJH (FFM) <br><br><br> **APPLICATION FOR PERMISSION FOR ELECTRONIC FILING** |

As the ☐ Plaintiff ☒ Defendant    in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed Local Rule 5-4.1.1 and the instructions available on the Court's website at www.cacd.uscourts.gov/e-filing/electronic-filing-and-case-access-people-without-lawyers.

2. I understand that once I register for e-filing, I will receive notices and documents in Central District cases only by e-mail and not by U.S. mail.

3. I understand that if my use of the Court's e-filing system is unsatisfactory, my e-filing privileges may be revoked and I will be required to file documents in paper, but will continue to receive documents via e-mail.

4. I understand that I may not e-file on behalf of any other person in this or any other case.

5. I have regular access to the technical requirements necessary to e-file successfully:
   *Check all that apply.*

   ☑ A Computer with internet access.

   ☑ An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.

   ☑ A scanner to convert documents that are only in paper format into electronic files.

   ☑ A printer or copier to create required paper copies such as chambers copies.

   ☑ A word-processing program to create documents; and

   ☑ A PDF reader and a PDF writer to convert word processing documents into PDF format, the only electronic format in which documents can be e-filed.

Date: May 4, 2026                    Signature:

CV-005 (02/20)              APPLICATION FOR PERMISSION FOR ELECTRONIC FILING